# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KENNETH JAMAAL BOYKINS,<br><br>BOLD SHIP IV LLC, ARGENT MARINE OPERATIONS, INC., SCHUYLER LINE NAVIGATION COMPANY, LLC, and M/V SLNC YORK,<br><br>Petitioners | CASE NO. 24-cv-430-GPC<br><br>**ORDER GRANTING EX PARTE MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN OF PERSONAL EFFECTS AND FINAL PAYCHECK OF DECEASED U.S. SEAFARER**<br><br>[ECF No. 5] |

Presently before the Court is Petitioners Bold Ship IV LLC, Argent Marine Operations, Inc., Schuyler Line Navigation Company, LLC and M/V SLNC YORK's Ex Parte Motion to Appoint a Substitute Custodian of the Personal Effects and Final Paycheck of Deceased Seafarer, Kenneth Jamaal Boykins ("Decedent"). Petitioners request an exception to General Order No. 273, which relieves the United States Marshal of the duty to seize and store property. The United States Marshals Service has the ability to securely store Decedent's personal effects and final paycheck until such time as the Court orders release of the Decedent's personal effects and final paycheck to Decedent's next of kin or the next of kin's legal representative. The law firm of Gordon Rees Scully Mansukhani, LLP (located at 101 W. Broadway, Suite 2000, San Diego, California 92101) also has the ability to securely store Decedent's personal effects and final

paycheck until such time as the Court orders release of the Decedent's personal effects and final paycheck to Decedent's next of kin or the next of kin's legal representative.

Good cause appearing, the Court **GRANTS** Petitioners' Motion and:

**ORDERS** that Gordon Rees Scully Mansukhani, LLP **SHALL** be custodian of the Decedent's personal effects and final paycheck on behalf of this Court until further Order.

**IT IS SO ORDERED.**

Dated:  March 11, 2024

Hon. Gonzalo P. Curiel
United States District Judge